MARK FERRARIO
Nevada Bar No. 1625
JASON HICKS
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: Ferrariom@gtlaw.com
Jason.Hicks@gtlaw.com

*Attorneys for Get Fresh Sales, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR DISTRICT OF NEVADA

| | |
|---|---|
| In re: FRESH MIX, LLC,<br><br>　　　　　　　　Debtor.<br><br>GET FRESH SALES, INC.,<br><br>　　　　　　　　Appellant,<br><br>　　v.<br><br>LENARD E. SCHWARTZER, CH. 7 TRUSTEE; PAUL LAGUDI; WILLIAM TODD PONDER; PISANELLI BICE, PLLC; COHEN DOWD QUIGLEY P.C.; BRUCE A. LESLIE, CHTD.; BRUCE A. LESLIE,<br><br>　　　　　　　　Appellees. | Case No. 2:23-cv-1712-MMD<br><br>BANKRUPTCY CASE NO.: 20-12051-GS<br>CHAPTER 7<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

**IT IS HEREBY STIPULATED** between Appellant Get Fresh Sales, Inc., and Appellees Lenard E. Schwartzer, Chapter 7 Trustee; Paul Lagudi; William Todd Ponder; Pisanelli Bice, PLLC; Cohen Dowd Quigley P.C.; Bruce A. Leslie, CHTD.; and Bruce A. Leslie, by and through their respective counsel of record, that this matter be DISMISSED WITH PREJUDICE, with each party to bear his or its own fees and costs.

ACTIVE 693014197v1

| | |
|---|---|
| DATE: FEBRUARY 14, 2024 | DATE: FEBRUARY 14, 2024 |
| **GREENBERG TRAURIG, LLP** | **FOX, IMES & CROSBY LLC** |
| By: /s/ Jason Hicks<br>　　JASON HICKS, ESQ.<br>　　Nevada Bar No. 13149 | By: /s/ Jason Imes<br>　　JAMES E. GREENE<br>　　Nevada Bar No. 2647<br>　　JASON IMES, ESQ.<br>　　Nevada Bar No. 7030 |
| *Attorneys for Get Fresh Sales, Inc.* | *Attorneys for Chapter 7 Trustee Lenard Schwartzer* |
| DATE: FEBRUARY 14, 2024 | DATE: FEBRUARY 14, 2024 |
| **HOLLEY DRIGGS LTD.** | **GREENE INFUSO, LLP** |
| By: /s/ Thomas Edwards<br>　　THOMAS EDWARDS, ESQ.<br>　　Nevada Bar No. 9549 | By: /s/ Michael Infuso<br>　　MICHAEL INFUSO, ESQ.<br>　　Nevada Bar No. 7388 |
| *Attorneys for Paul Lagudi and William Todd Ponder* | *Attorneys for Pisanelli Bice PLLC* |
| DATE: FEBRUARY 14, 2024 | DATE: FEBRUARY 14, 2024 |
| **ANDERSEN & BEEDE** | **OLSON CANNON GORMELY & STOBERSKI** |
| By: /s/ Ryan Andersen<br>　　RYAN ANDERSEN, ESQ.<br>　　Nevada Bar No. 12321 | By: /s/ Felicia Galati<br>　　FELICIA GALATI, ESQ.<br>　　Nevada Bar No. 7341 |
| *Attorneys for Cohen Dowd Quigley PC* | *Attorneys for Bruce A. Leslie and Bruce A Leslie CHTD* |

## ORDER

Based on the stipulation of counsel, and good cause appearing, this case is hereby DISMISSED WITH PREJUDICE; each party to bear his or its own fees and costs.

Dated: February 15, 2024

_____
UNITED STATES DISTRICT JUDGE

ACTIVE 693014197v1